## Table of Contents

Exhibit 1……….....……….Civil Investigative Demand dated May 18, 2017

Exhibit 2…………………Letter to A. Baker dated June 9, 2017

Exhibit 3…………………Civil Investigative Demand dated June 9, 2017

Exhibit 4…………………Decision and Order on Petition by Heartland dated September 8, 2017