IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CONSUMER FINANCIAL PROTECTION BUREAU,** Petitioner, v. **HEARTLAND CAMPUS SOLUTIONS, ECSI** Respondent. | No. 2:17-cv-1502-CB |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME

Upon consideration of the Parties' Joint Motion for Extension of Time, and for good cause shown, it is hereby

**ORDERED**, that the Motion is **GRANTED**; and it is

**FURTHER ORDERED**, that Respondent's response to the Petition shall be due on or before January 12, 2018; and it is

**FURTHER ORDERED**, that the Bureau's reply shall be due on or before February 2, 2018; and it is

**FURTHER ORDERED**, that the parties shall appear on February 26, 2018 at 10:00 a.m. before the Honorable Cathy Bissoon, United States District Judge, in Courtroom 3A, located at the Joseph F. Weis, Jr. U.S. Courthouse, to show cause why an Order Compelling Compliance with the CID should not be granted in accordance with the Petition.

Date: December 6, 2017

s/ Cathy Bissoon
Hon. Cathy Bissoon
United States District Judge